UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR-S-05-0274-PMP (GWF) |
| | ) | |
| v. | ) | |
| | ) | |
| PHILIP HORN, | ) | <u>O R D E R</u> |
| | ) | |
| Defendant. | ) | |

  Before the Court for consideration are the Findings and Recommendations (#36) of Magistrate Judge George Foley, Jr., regarding Defendant's Motion to Suppress (#18). Defendant Horn filed Objections (#39) on November 16, 2005, to which the Government Responded (#40) on November 17, 2005.

  The Court has conducted a <u>de</u> <u>novo</u> review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of the United States Magistrate Judge should be affirmed.

  IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendations (#36) November 4, 2005, are affirmed , Defendant's Objections (#39) are overruled, and Defendant's Motion to Suppress Evidence (#18) is DENIED.

DATED: December 1, 2005

_____
PHILIP M. PRO
Chief United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26